TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorney for Defendant Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN JAFFEE and DEREK KRITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN LAS VEGAS, LLC a Nevada domestic limited-liability company, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

Defendant Wynn Las Vegas, LLC ("Defendant") respectfully submits this Notice of Removal of the above-entitled action from the Eighth Judicial District Court of Clark County, Nevada to the United States District Court for the District of Nevada, pursuant to Article III of the United States Constitution and 28 U.S.C. §§ 1331, 1441(a), and 1446, and states as follows:

1. On February 28, 2019, Plaintiffs Shawn Jaffee and Derek Kritz ("Plaintiffs") filed a class and collective action Complaint against the Defendant in the Eighth Judicial District Court, Clark County, Nevada, entitled *Shawn Jaffee et. al. v. Wynn Las Vegas, LLC*, Case No. A-19-790217-C, Dept. I, alleging, among other things, that Defendant withheld tips from them and other similarly situated employees through a mandatory tip pooling policy in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 203, *et seq*.

2. On March 25, 2019, Defendant's Registered Agent was served with a Complaint and Summons in the above entitled action. A true copy of the Complaint and Summons are attached hereto as **Exhibits 1** and **2**.

3. Removal of this case is proper because Plaintiffs' first claim for relief arises under federal law – namely, the Fair Labor Standards Act, 29 U.S.C. §§ 203, *et seq. See* Compl., attached hereto as **Exhibit 1**, at ¶¶ 65-82, Specifically, Plaintiffs claim that Defendant required them, and others similarly situated, to participate in a tip pooling policy during their employment with Defendant and that this policy violated 29 U.S.C. § 203(m), 29 C.F.R. § 531.52, and 29 C.F.R. § 531.54. *See id.* at ¶¶ 74-77. Plaintiffs bring their action as a collective action pursuant to 29 U.S.C. § 216(b). *Id.* at ¶¶ 40, 80. Thus, Plaintiffs' first claim for relief arises under the laws of the United States within the meaning of Article III of the United States Constitution and 28 U.S.C. § 1331, granting this Court federal question jurisdiction.

4. In addition, this Court has supplemental jurisdiction over Plaintiffs' second and third claims for relief under 28 U.S.C. § 1367 because they are contingent upon the outcome of Plaintiffs' first claim for relief, are based upon identical factual allegations as the first claim for relief, and are therefore so related to the first claim for relief that they form part of the same case or controversy under Article III of the United States Constitution. *See, e.g. id.* at ¶¶ 86, 89, 91-95.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), as it was filed with this Court within thirty (30) days after service of the Complaint and Summons upon Defendant.

6. In accordance with 28 U.S.C. § 1446(a), the Complaint that was filed and served upon Defendant is attached hereto as **Exhibit 1** and the Summons filed and served upon Defendant is attached hereto as **Exhibit 2**. All other papers that were filed and served on Defendant have been attached hereto as **Exhibit 3**.

7. Pursuant to 28 U.S.C. § 1446(d), the undersigned attorney certifies that he has caused, or shall promptly cause, a copy of the original Notice of Removal to be filed with the Clerk of the Eighth Judicial District Court, Clark County, State of Nevada.

. . .

WHEREFORE, Defendant respectfully requests this Court to assume jurisdiction over the case herein, as provided by law.

Dated this 15th day of April, 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Travis F. Chance*
Travis F. Chance, Esq.
Nevada Bar No. 13800
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorney for Defendant Wynn Las Vegas, LLC*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on April 15, 2019, I served a true copy of the foregoing **NOTICE OF REMOVAL** via:

☒ a. **CM/ECF System**

☒ b. **U.S. Mail** in a sealed envelope(s) mailed with postage thereon fully prepaid upon:

Christian J. Gabroy, Esq.
GABROY LAW OFFICES
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Telephone: (702) 259-7777
Facsimile: (702) 259-7704
Email: christian@gabroy.com

Jon R. Mower, Esq.
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109
Telephone:  (714) 549-6200
Facsimile: (714) 549-6201
Email: jmower@tocounsel.com

*Attorneys for Plaintiffs*

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ *Paula Kay*
An Employee of Brownstein Hyatt Farber Schreck, LLP

19071788

## INDEX OF EXHIBITS

**EXHIBIT 1:** Plaintiffs' Complaint and Jury Demand dated February 28, 2019

**EXHIBIT 2:** Summons to Wynn Las Vegas dated March 18, 2019

**EXHIBIT 3:** All other papers filed and served on Defendant