MICHAEL A. FREIMANN, ESQ. (admitted *Pro Hac Vice*)
MARTINE T. WELLS, ESQ. (admitted *Pro Hac Vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile: 303.223.1111
mfreimann@bhfs.com
mwells@bhfs.com

TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
tchance@bhfs.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN JAFFEE and DEREK KRITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN LAS VEGAS, LLC a Nevada domestic limited-liability company, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-00644-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff SHAWN JAFFEE and DEREK KRITZ ("Plaintiffs"), by and through their counsel of record, Gabroy Law Offices and Theodora Oringher PC, and Defendant WYNN LAS VEGAS, LLC ("Defendant"), by and through its counsel of record, Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree pursuant to Local Rule IA 6-1 to extend the deadline for Defendant to file its Reply In Support of Its Motion to Dismiss (ECF No. 21) and state as follows:

. . .

. . .

. . .

19398024.2

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1. On May 22, 2019, Defendant filed its Motion to Dismiss (the "Motion") (ECF No. 21).

2. Plaintiffs filed their response to the Motion on June 19, 2019 after receiving a 14-day extension from this Court.

3. Defendant's reply is currently due on June 26, 2019.

4. Defendant has requested seven (7) additional days to file its reply in support of the Motion and Plaintiffs have agreed to grant such additional time.

5. This stipulation is brought in good faith by both parties and not for purposes of delay. This extension will not result in undue delay in in the administration of this case, as discovery has been stayed by the magistrate.

6. No extension of time or continuance has previously been requested by Defendant with respect to the reply.

IT IS THEREFORE STIPULATED by and among the parties that the deadline for Defendant to file its reply in support of the Motion is extended up to and including July 3, 2019.

Respectfully submitted this 21st day of June, 2019.

/s/Kaine M. Messer
CHRISTIAN J. GABROY, ESQ.
KAINE M. MESSER, ESQ.

JON R. MOWER, ESQ.
THEODORA ORINGHER PC

*Attorneys for Plaintiffs*

/s/Travis F. Chance
MICHAEL A. FREIMANN, ESQ.
(admitted *Pro Hac Vice*)
MARTINE T. WELLS, ESQ.
(admitted *Pro Hac Vice*)
TRAVIS F. CHANCE, ESQ.

*Attorneys for Defendant Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 21, 2019.

19398024.2