# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHAWN JAFFEE, et al.,

    Plaintiffs,

v.

WYNN LAS VEGAS, LLC, et al.,

    Defendants.

Case No.: 2:19-cv-00644-APG-NJK

**ORDER SETTING HEARING ON PENDING MOTION**

The parties in cases 2:13-cv-0580 (*Norsoph v Riverside*), 2:16-cv-2697 (*Carter v Wynn*), and 2:19-cv-644 (*Jaffee v Wynn*) have filed similar motions regarding tip pooling:

1. 2:13-cv-0580 (*Norsoph v Riverside*): ECF No. 88 (motion for judgment on the pleadings)
2. 2:16-cv-2697 (*Carter v Wynn*): ECF No. 24 (motion for judgment on the pleadings)
3. 2:19-cv-0644 (*Jaffee v Wynn*): ECF No. 21 (motion to dismiss)

In order to promote efficiency, I will hear oral argument on those three motions in a joint hearing. The hearing is scheduled for **Monday, December 30, 2019 at 1:30 p.m.** in Las Vegas courtroom 6C. I have read the parties' briefs, so argument time will be limited. The parties are encouraged to coordinate which lawyer will cover which issue, to avoid repetition.

I remind the parties of the following statement from my Chambers Practices (which can be found on my court webpage):

> Judge Gordon strongly encourages litigants to permit more junior members of the litigation team to examine witnesses at trial and hearings, and to appear for oral argument. In those instances where Judge Gordon is inclined to rule on the papers, a representation that the argument would be handled by a more junior

lawyer (five or fewer years of experience) will weigh in favor of holding oral argument. Where the more junior attorney is permitted to present the argument, Judge Gordon will entertain reasonable requests for a more senior attorney to supplement any argument that is made. Judge Gordon believes it is crucial to provide substantive speaking opportunities to newer lawyers, and that the benefits of doing so will accrue to all members of the profession and their clients. Thus, Judge Gordon encourages all lawyers practicing before him to keep this goal in mind. It is the way one generation will teach the next to try cases and to maintain our district's reputation for excellence in trial practice.

Dated: December 19, 2019.

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE