MICHAEL A. FREIMANN, ESQ. (admitted *Pro Hac Vice*)
MARTINE T. WELLS, ESQ. (admitted *Pro Hac Vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile: 303.223.1111
mfreimann@bhfs.com
mwells@bhfs.com

TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
tchance@bhfs.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN JAFFEE and DEREK KRITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN LAS VEGAS, LLC a Nevada domestic limited-liability company, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-00644-APG-NJK<br><br>**STIPULATION AND ORDER (1) SETTING DEADLINE FOR FILING OF AN ANSWER TO COMPLAINT AND (2) EXTENDING THE DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiffs SHAWN JAFFEE and DEREK KRITZ ("Plaintiffs"), by and through their counsel of record, Gabroy Law Offices and Theodora Oringher PC, and Defendant WYNN LAS VEGAS, LLC ("Defendant"), by and through its counsel of record, Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree, pursuant to Local Rule IA 6-1, to set a deadline for Defendant to file an Answer to Plaintiffs' Complaint and to extend the deadline for the parties to file their proposed discovery plan and scheduling order pursuant to FRCP 26(f), stating as follows:

. . .

1

20463293.5

1. On May 22, 2019, Defendant filed a Motion to Dismiss Plaintiffs' Complaint (the "Motion") (ECF No. 21).

2. On June 5, 2019, this Court entered an order staying discovery (the "Stay"), pending disposition of the Motion (ECF No. 28).

3. On February 11, 2020, this Court issued its Order granting Defendant's Motion in part (the "Order") (ECF No. 37).

4. The Order gave Plaintiffs until March 13, 2020 to amend their Complaint, if they chose to do so. (*Id.*)

5. Plaintiffs did not amend their Complaint by March 13, 2020.

6. The Order did not set a time within which Defendant must file a responsive pleading to Plaintiffs' Complaint, in the event that Plaintiffs chose not to amend the same.

7. FRCP 12(a)(4)(a) also does not provide a deadline for Defendant to file an Answer under the above circumstances, as it would only apply where Defendant's Motion had been denied in full.

8. In addition, under the Stay, the parties' deadline to file a proposed discovery plan and scheduling order is March 27, 2020, 14 days after the date the Order set for Plaintiffs to amend their Complaint.

9. However, given that Defendant must still file an Answer to Plaintiffs' Complaint, and in light of the Court's Order and the current global pandemic of COVID19 and its associated business disruptions for counsel and their clients, the parties have agreed to the following: (1) Defendant shall have up to and including April 24, 2020 to file an Answer to Plaintiffs' Complaint, and (2) the deadline for the parties to file their FRCP 26(f) proposed discovery plan and scheduling order is extended up to and including May 8, 2020.

10. The parties will also hold a renewed FRCP 26(f) conference prior to submission of the proposed discovery plan, to take into account the Court's Order and the COVID19 pandemic.

11. This stipulation is brought in good faith by both parties and not for purposes of delay. This extension will not result in undue delay in the administration of this case, as the pleadings are not yet closed.

20463293.5

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

12. No extension of time or continuance has previously been requested by the parties with respect to Defendant's deadline to file an Answer to Plaintiffs' Complaint or the proposed discovery plan and scheduling order.

**IT IS THEREFORE STIPULATED**, by and among the parties, that:

(1) Defendant shall have up to and including April 24, 2020 to file an Answer to Plaintiffs' Complaint; and

(2) the deadline for the parties to file their proposed discovery plan and scheduling order is extended up to and including May 8, 2020.

Respectfully submitted this 27th day of March, 2020.

| */s/ Kaine M. Messer* | */s/ Travis F. Chance* |
|---|---|
| CHRISTIAN J. GABROY, ESQ. | MICHAEL A. FREIMANN, ESQ. |
| KAINE M. MESSER, ESQ. | (admitted *Pro Hac Vice*) |
|  | MARTINE T. WELLS, ESQ. |
| JON R. MOWER, ESQ. | (admitted *Pro Hac Vice*) |
| THEODORA ORINGHER PC | TRAVIS F. CHANCE, ESQ. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Wynn Las Vegas, LLC* |

THE COURT, having reviewed the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that:

(1) Defendant shall have up to and including April 24, 2020 to file an Answer to Plaintiffs' Complaint; and

(2) the deadline for the parties to file their proposed discovery plan and scheduling order is extended up to and including May 8, 2020.

**IT IS SO ORDERED.**

_____
~~UNITED STATES DISTRICT JUDGE~~/UNITED STATES MAGISTRATE JUDGE

Dated March 30, 2020

3

20463293.5