1  Christian Gabroy (#8805)
   Kaine Messer (#14240)
2  GABROY LAW OFFICES
   The District at Green Valley Ranch
3  170 South Green Valley Parkway, Suite 280
   Henderson, NV 89012
4  Tel:  (702) 259-7777
   Fax:  (702) 259-7704
5  christian@gabroy.com
   kmesser@gabroy.com
6
7  Jon R. Mower, Esq.
   Admitted *Pro Hac Vice*
8  THEODORA ORINGHER PC
   535 Anton Boulevard, Ninth Floor
9  Costa Mesa, CA 92626-7109
   Tel:  (714) 549-6200
10 Fax:  (714) 549-6201
   jmower@tocounsel.com

11 *Attorneys for Plaintiffs Shawn Jaffee and Derek Kritz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN JAFFEE and DEREK KRITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada domestic limited-liability company, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendant. | Case No: 2:19-cv-00644-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs Shawn Jaffee and Derek Kritz, through their attorneys of record, and Defendant Wynn Las Vegas, LLC, through its attorneys, that this action shall be dismissed with prejudice.

As previously indicated, the parties have had extensive discussions concerning potential early resolution given the limited damages period in this matter. *See* ECF No. 60, p. 2-3. Indeed, the Court's February 11, 2020 Order granted in part Defendant's motion for judgment on the pleadings (ECF No. 37), resulting in a damages period only commencing on March 23, 2018 as recognized by this Court. *See* ECF No. 49, p. 4, lines 16-23. To that end and pursuant to such intentions being previously indicated to this Court (ECF No. 60, p.3, lines 3-6), the parties have exchanged putative related data which Plaintiffs have independently analyzed, and the parties have achieved resolution.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over any settlement agreement between the parties.

Dated this 8th day of June 2021

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:__/s/ *Travis Chance*_____
Martine Wells (Admitted *Pro Hac Vice*)
Travis Chance (#13800)

*Attorneys for Defendant*

Dated this 8th day of June 2021

GABROY LAW OFFICES

By: _/s/ *Christian Gabroy*_____
Christian Gabroy (#8805)
Kaine Messer (#14240)

Jon Mower (Admitted *Pro Hac Vice*)

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: ____June 8, 2021_____